## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number: 08 C 47

MARK CHURCH, Plaintiff,

v.

AVAYA CORPORATION, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant AVAYA INC. (incorrectly sued as "Avaya Corporation")

| NAME (Type or print) |
| --- |
| Bryan J. Johnson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Bryan J. Johnson |
| FIRM |
| Wilson, Elser, Moskowitz, Edelman & Dicker LLP |
| STREET ADDRESS |
| 120 North LaSalle Street, Suite 2600 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6289840 | (312) 704-0550 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐