IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK CHURCH,<br><br>      Plaintiff,<br><br>v.<br><br>AVAYA CORPORATION,<br><br>      Defendant. | No. 08 C 47<br><br>Judge Virginia M. Kendall<br><br>Mag. Judge Cox |

## DEFENDANT AVAYA INC.'S DISCLOSURE STATEMENT

Defendant, Avaya Inc., improperly named as Avaya Corporation, through its attorneys, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the District Court for the Northern District of Illinois, states that it is a privately held company and it has no subsidiaries that are publicly traded and it is not aware of any publicly held company that owns 10% or more of Avaya Inc.

Dated: January 9, 2008

          Respectfully Submitted,

          **AVAYA INC.**

          By: /s/ David M. Holmes
              David M. Holmes
              Bryan J. Johnson
              **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
              Attorneys for Defendant Avaya Inc.
              120 North LaSalle Street
              Chicago, IL 60602-2412
              (312) 704-0550

2

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on the 9th day of January, 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by the method(s) indicated:

| *By Regular Mail* | *By Regular Mail* |
|---|---|
| Ken Merlino | Geroge N. Panagoulias |
| Merlino Law Offices, P.C. | The Law Offices of George N. Panagoulias, LLC |
| 1275 Rosedale | 4061 N. Milwaukee Avenue |
| Hoffman Estate, Illinois 60169 | Chicago, Illinois 60641 |

                                     */s/ David M. Holmes*
                                     David M. Holmes

457244.1