IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK CHURCH, | ) | |
| | ) | No. 08 C 47 |
| Plaintiff, | ) | |
| | ) | Judge Virginia M. Kendall |
| v. | ) | |
| | ) | Mag. Judge Cox |
| AVAYA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**AVAYA INC'S MOTION
TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)**

Defendant, Avaya Inc., improperly sued as Avaya Corporation, ("Avaya"), moves to dismiss the Complaint against it with prejudice pursuant to F.R.C.P. 12(b)(6). In support of this motion, Avaya submits a separate Memorandum of Law and states as follows:

Plaintiff's Complaint alleges one count for breach of contract in connection with sales commissions that he contends were promised to him pursuant to Avaya's sales compensation policies. Avaya's sales compensation plan specifically reserves Avaya's right to amend, change or cancel the sales compensation plan solely at its discretion. Illinois law provides that when an employer retains the right to make unilateral modifications to a sales compensation plan that a contract has not been formed between the employee and employer. Because Avaya's written policy attached to Plaintiff's Complaint demonstrates that Plaintiff did not have an employment contract with Avaya, Plaintiff's Complaint fails to state a claim upon which relief can be granted.

WHEREFORE, Defendant, AVAYA INC., respectfully requests that this Honorable Court dismiss Plaintiff's Complaint with prejudice.

457215.1

DATED: January 9, 2008

                        Respectfully Submitted,

                        **AVAYA INC.**

                        By:   /s/ David M. Holmes
                                David M. Holmes
                                Bryan J. Johnson
                                **WILSON, ELSER, MOSKOWITZ,**
                                **EDELMAN & DICKER LLP**
                                Attorneys for Defendant Avaya Inc.
                                120 North LaSalle Street
                                Chicago, IL 60602-2412
                                (312) 704-0550

457215.1

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on the 9th day of January, 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by the method(s) indicated:

| *By Regular Mail* | *By Regular Mail* |
|---|---|
| Ken Merlino | George N. Panagoulias |
| Merlino Law Offices, P.C. | The Law Offices of George N. Panagoulias, LLC |
| 1275 Rosedale | 4061 N. Milwaukee Avenue |
| Hoffman Estate, Illinois 60169 | Chicago, Illinois 60641 |

                                           */s/ David M. Holmes*
                                           David M. Holmes