IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK CHURCH,<br><br>        Plaintiff,<br><br>v.<br><br>AVAYA CORPORATION,<br><br>        Defendant. | No. 08 C 47<br><br>Judge Virginia M. Kendall<br><br>Mag. Judge Cox |

## NOTICE OF MOTION

To:   *See* Certificate of Service

**PLEASE TAKE NOTICE** that on the **16th day of January, 2008 at 9:00 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall any other Judge sitting in her stead, in the Courtroom usually occupied by her in Room 2319 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendant's Motion to Dismiss**.

Respectfully Submitted,

**AVAYA INC.**

By:   /s/ David M. Holmes
      David M. Holmes
      Bryan J. Johnson
      **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
      Attorneys for Defendant Avaya Inc.
      120 North LaSalle Street
      Chicago, IL 60602-2412
      (312) 704-0550

457748.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 9th day of January, 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by the method(s) indicated:

| *By Regular Mail* | *By Regular Mail* |
|---|---|
| Ken Merlino | George N. Panagoulias |
| Merlino Law Offices, P.C. | The Law Offices of George N. Panagoulias, LLC |
| 1275 Rosedale | 4061 N. Milwaukee Avenue |
| Hoffman Estate, Illinois 60169 | Chicago, Illinois 60641 |

/s/ David M. Holmes
David M. Holmes

457748.1