**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Mark Church
                 Plaintiff,

v.                                             Case No.: 1:08–cv–00047
                                                    Honorable Virginia M. Kendall

Avaya Corporation
                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 10, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Defendant's motion to dismiss [10] is taken under advisement. Responses are due by 1/25/2008. Replies due by 2/1/2008. The 1/16/08 hearing date noticed for said motion is stricken; no appearance is required. Mailed notice (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.