

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 2 5 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| MARK CHURCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 47 |
| ) | |
| AVAYA CORPORATION, a foreign ) | Judge Virginia M. Kendall |
| Corporation, ) | |
| ) | Magistrate Judge Cox |
| Defendants ) | |

### NOTICE OF FILING

To:   David M. Holmes
      Bryan J. Johnson
      Wilson, Elser, Moskowitz, Elderman & Dicker, LLP
      120 North LaSalle Street
      Chicago, Illinois 60602-2412

Please take notice that on January 25, 2008, I caused to be filed with the Clerk of Court for the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn Street, Chicago, Illinois, 20th Floor, a true and correct copy of the enclosed *Appearance* and *Plaintiff's Rule 41(a)(1) Notice of Voluntary Dismissal,* copies of which is attached hereto and served upon you.

Respectfully Submitted,

MARK CHURCH

By: _____
     One of its attorneys.

Kenneth J. Merlino, Esq.
Merlino Law Offices, P.C.
1275 Rosedale
Hoffman Estates, Illinois 60169
Tel: (847) 567-5796
Fax: (866) 596-6685
Attorney # 42276

### CERTIFICATE OF SERVICE

Undersigned certifies under penalty of perjury, that on January 25, 2008, this Notice and the enclosed Plaintiff's Appearance and Rule 41(a)(1) Notice of Voluntary Dismissal, were caused to be served by mailing a copy to each person to whom it is directed before 5:00 p.m, and electronic copies were also served this day before 5:00 p.m.

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 2 5 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| MARK CHURCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 C 47 |
| | ) |
| AVAYA CORPORATION, a foreign Corporation, | ) Judge Virginia M. Kendall |
| | ) |
| | ) Magistrate Judge Cox |
| Defendants | ) |

### Plaintiff's Rule 41(a)(1) Notice of Voluntary Dismissal

The Plaintiff MARK CHURCH, by and through his counsel Merlino Law Offices, P.C., hereby files this Notice of Voluntary Dismissal, dismissing this case *without prejudice,* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

MARK CHURCH

By: _____
One of his attorneys.

Kenneth J. Merlino, Esq.
Merlino Law Offices, P.C.
206 N. Douglas Ave.
Arlington Heights, Illinois 60004
Tel: (847) 567-5796
Fax: (866) 596-6685
Email: kjmlaw@comcast.net

Counsel for Plaintiff Mark Church